UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:                                                    Case No. 8:15-bk-09934-CED

Kimberly S. LaRose,                                       Chapter 13

    Debtor.
_____/

**SECURED CREDITOR'S OBJECTION TO**
**CONFIRMATION OF CHAPTER 13 PLAN**

Bayview Loan Servicing, LLC (the "Movant"), a secured creditor, by and through counsel, and pursuant to 11 U.S.C. § 1325, objects to confirmation of the Chapter 13 Plan [D.E. 2], as proposed by Kimberly S. LaRose (the "Debtor"), and states:

1. The Movant holds a note and mortgage secured by property of the estate, as located at 6219 8th Avenue, Gulfport, FL 33707 (the "Property").

2. On February 26, 2015, a final judgment of foreclosure was entered in the amount of $130,064.11, with interest, costs and applicable fees continuing to accrue under the loan documents.[1]

3. A plan can only be confirmed if it meets the requirements of 11 U.S.C. § 1325. If the plan includes a secured claim, which the Movant's claim is, 11 U.S.C. § 1325(a)(5) requires that one of three conditions must be met: (1) the creditor accepts the plan, (2) the creditor retains its lien in the collateral and receives payments under the plan totaling the amount of its allowed claim, or (3) the debtor surrenders the collateral securing the creditor's claim.

---

[1] Movant is in the process of preparing a POC for filing which will update the current indebtedness owed under the loan documents.

4.    Here, Debtor's Chapter 13 Plan, as proposed, does not comply with 11 U.S.C. § 1325(a)(5) because the Movant has not accepted the plan as the plan does not provide for the Movant to receive payments with a value equal to the amount of its claim and the plan does not surrender the collateral securing the Movant's claim.

5.    Further, Movant objects to confirmation of the Chapter 13 Plan as it does not provide for payment of the contractual rate of interest or the market rate of interest. The Debtor is proposing a plan payment amount below the contractual rate of interest.

**WHEREFORE**, Bayview Loan Servicing, LLC respectfully requests that the Court deny confirmation of the proposed Chapter 13 plan and grant all other relief deemed just and proper.

**Dated: October 29, 2015**                                **Respectfully Submitted,**

**Kopelowitz Ostrow
Ferguson Weiselberg Gilbert**

By:    /s/Brian R. Kopelowitz
Brian R. Kopelowitz, Esq
Florida Bar No. 097225
One West Las Olas Boulevard
Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
E-mail: kopelowitz@kolawyers.com
*Attorneys for Movant*

### CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing Secured Creditor's Objection to Confirmation of Chapter 13 Plan was served on this 29th day of October, 2015 upon all counsel of record or *pro se* parties identified on the attached Service List/Creditor's Mailing Matrix in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

/s/Brian R. Kopelowitz
Brian R. Kopelowitz, Esq
Florida Bar No. 097225
kopelowitz@kolawyers.com

```
Label Matrix for local noticing            Pinellas County Tax Collector  (RE)    United States Trustee - TPA7/13 7
113A-8                                     Pinellas County Tax Collector          Timberlake Annex, Suite 1200
Case 8:15-bk-09934-CED                     PO Box 4006                            501 E Polk Street
Middle District of Florida                 Seminole, FL 33775-4006                Tampa, FL 33602-3949
Tampa
Thu Oct 29 15:07:15 EDT 2015

Amc Mortgage Services                      Amex                                   (p)BANK OF AMERICA
1100 Town and Country Rd Suite 1200        Po Box 297871                          PO BOX 982238
Orange CA 92868-4693                       Fort Lauderdale, FL 33329-7871         EL PASO TX 79998-2238


Citi Mortage                               Citimortgage                           Citimortgage Inc
PO Box 6243                                Po Box 790027                          Po Box 6243
Sioux Falls, SD 57117-6243                 O'fallon, MO 63368                     Sioux Falls, SD 57117-6243


Department of Revenue                      Internal Revenue Service               Michael LaRose
PO Box 6668                                P.O. Box 7346                          6219 8th Ave. S.
Tallahassee, FL 32314-6668                 Philadelphia, PA 19101-7346            Saint Petersburg, FL 33707-3138


Pinellas County Tax Collector              Kelly Remick                           Kimberly S LaRose
PO Box 4006                                Chapter 13 Standing Trustee            6219 8th Ave. S.
Seminole, FL 33775-4006                    Post Office Box 6099                   Saint Petersburg, FL 33707-3138
                                           Sun City, FL 33571-6099


William J Kopp Jr.
Kopp Law PA
360 Central Ave, Ste 430
St. Petersburg, FL 33701-3857
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bk Of Amer                                 End of Label Matrix
Po Box 982235                              Mailable recipients    15
El Paso, TX 79998                          Bypassed recipients     0
                                           Total                  15
```